1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                                    No. 2:25-cv-00017-JAM-CSK

        IN RE:  STEVEN WAYNE BONILLA
12                                                    No. 2:25-cv-00018-JAM-CSK

13                                                    No. 2:25-cv-00021-JAM-CSK

14                                                    No. 2:25-cv-00022-JAM-CSK

15                                                    No. 2:25-cv-00050-JAM-CSK

16                                                    No. 2:25-cv-00052-JAM-CSK

17                                                    No. 2:25-cv-00055-JAM-CSK

18                                                    No. 2:25-cv-00056-JAM-CSK

19                                                    No. 2:25-cv-00060-JAM-CSK

20                                                    No. 2:25-cv-00061-JAM-CSK

21

22

23                                                    ORDER

24

25

26        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

                                              1

1    proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2    Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3    13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4    the Court to open a new case for each attempted new pleading and assign it to the Court for

5    review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6    Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7        The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8    finds they are related to Plaintiff's Alameda County criminal conviction.[1]

9        Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00017, 2:25-cv-00018, 2:25-cv-

10    00021, 2:25-cv-00022, 2:25-cv-00050, 2:25-cv-00052, 2:25-cv-00055, 2:25-cv-00056, 2:25-cv-

11    00060 and 2:25-cv-00061 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**

12    these cases.  **No further filings will be accepted**.

13

14    Dated: January 24, 2025                     /s/ John A. Mendez
                                                     THE HONORABLE JOHN A. MENDEZ
15                                                   SENIOR UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

---

26    [1]  In the captions of 2:25-cv-00021 and 2:25-cv-00022, plaintiff names the Napa County Superior
      Court.  To the extent plaintiff intended to raise the claims raised in these cases in the United
27    States District Court for the Eastern District of California, this Court finds that the claims raised
      in 2:25-cv-00021 and 2:25-cv-00022 are related to plaintiff to Plaintiff's Alameda County
28    criminal conviction.